UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| BESANG INC.,<br><br>        Plaintiff,<br><br>        v.<br><br>INTEL CORPORATION,<br><br>        Defendant. | C.A. No. 3:23-cv-_____<br><br>JURY TRIAL DEMANDED |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff BeSang Inc. files this Corporate Disclosure Statement as follows:

BeSang Inc. has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

DATED: January 23, 2023

Respectfully submitted,

*/s/ Susan D. Pitchford*
Susan D. Pitchford (OSB No. 980991)
sdp@chernofflaw.com
**CHERNOFF VILHAUER LLP**
111 SW Columbia Street, Suite 725
Portland, OR 97201
Telephone: (503) 227-5631
Facsimile: (503) 228-4373

Bradley W. Caldwell (*pro hac vice* forthcoming)
bcaldwell@caldwellcc.com
Warren J. McCarty, III (*pro hac vice* forthcoming)
wmccarty@caldwellcc.com

1

Jason D. Cassady (*pro hac vice* forthcoming)
jcassady@caldwellcc.com
John Austin Curry (*pro hac vice* forthcoming)
acurry@caldwellcc.com
R. Seth Reich Jr. (*pro hac vice* forthcoming)
sreich@caldwellcc.com
James F. Smith (*pro hac vice* forthcoming)
jsmith@caldwellcc.com
Xu Zhou (*pro hac vice* forthcoming)
xzhou@caldwellcc.com
Bjorn A. Blomquist (*pro hac vice* forthcoming)
bblomquist@caldwellcc.com
**Caldwell Cassady & Curry P.C.**
2121 N Pearl Street, Suite 1200
Dallas, TX 75201
Telephone: (214) 888-4848
Facsimile: (214) 888-4849

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document has been served on all counsel of record via the Court's CM/ECF system on January 23, 2023.

                                              */s/ Susan D. Pitchford*
                                              Susan D. Pitchford